# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

**Debtor:** JAMES N. & SHARON A. DOMAN
**Case Number:** 18-22823-GLT    **Chapter:** 13

**Date / Time / Room:** WEDNESDAY, JULY 24, 2019 11:00 AM    COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## *Matter:*

CONTINUED - Trustee's Motion To Disgorge Fee filed by Ronda J. Winnecour, Chapter 13 Trustee
- Status Report filed 5/7/2019 by Lawrence W. Willis, Esq. and Willis & Associates at ECF No. 44
- Text Order Entered 5/15/2019 Reassigning Motion To Judge Deller and Cancelling 6/5/2019 Hearing
- Text Order Entered 5/21/2019 Rescheduling Hearing To 6/12/2019
- Hearing Held 6/12/2019 - Continued To 7/24/2019
R / M #:   42 / 0

## *Appearances:*

CHAPTER 13 TRUSTEE: WINNECOUR / PAIL / KATZ / DeSIMONE
DEBTORS: LAWRENCE W. WILLIS, ESQUIRE
OUST: HILDENBRAND / WAHLQUIST

## *Proceedings:*

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
     _____ For At Least _____ Days (Court To Issue Scheduling Order)
     _____ To Hearing Date Of _____ at _____ AM/PM at _____
     _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
     _____ Evidentiary Hearing On Value And Cram-Down Interest
     _____ Complex / Pretrial Order -  NONJURY   /   JURY
     _____ Simple / Pretrial Order - NONJURY   /   JURY
     _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Hearing Held. A Memorandum Opinion and Order of Court to be entered at Miscellaneous No. 19-204-JAD.**

FILED
7/25/19 12:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge