FILED
8/5/19 9:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Misc. Pro. 19-204-JAD |
| Matters Involving Lawrence W. : | |
| Willis regarding the Chapter 13 : | |
| Trustee's Motions for : | Doc. No. |
| Disgorgement of Fees, Motions : | |
| to Compel and related filings. : | Related to Doc. No. 23 |
| : | |
| _____ X | |

### ORDER

Following the July 24, 2019 hearing in the above-captioned Miscellaneous Proceeding, and pursuant to the Court's request, the Chapter 13 Trustee filed a report "identifying the status of each of the cases vis-a-via the fees disgorged." See *Trustee's Report to the Court*, ECF No. 23.

It is hereby **ORDERED** that the Chapter 13 Trustee shall not return any funds to Attorney Willis in the 32 cases subject to the Miscellaneous Proceedings absent further order of the Court.

**IT IS SO ORDERED.**

BY THE COURT,

**Dated: August 5, 2019**

_____  mas
**JEFFERY A. DELLER**
**United States Bankruptcy Judge**

Court Administrator to serve:

Chapter 13 Trustee
Office of the United States Trustee
Lawrence Willis, Esq.
Each Debtor and their Counsel in each of the 32 Identified Cases.

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 18-22823-GLT
James N. Doman                                                  Chapter 13
Sharon A. Doman
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: culy                Page 1 of 1                  Date Rcvd: Aug 05, 2019
                              Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2019.
```
db/jdb         +James N. Doman,   Sharon A. Doman,   3207 Duquesne Ave,   West Mifflin, PA 15122-1466
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2019                                           Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2019 at the address(es) listed below:
```
              Christopher M. McMonagle    on behalf of Creditor    Quicken Loans Inc.
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lawrence W. Willis    on behalf of Joint Debtor Sharon A. Doman ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Lawrence W. Willis    on behalf of Debtor James N. Doman ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9
```