**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-22823-GLT |
| | : | |
| James N. Doman and | : | Chapter 13 |
| Sharon A. Doman, | : | |
| Debtors | : | |
| | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated November 5, 2020 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated November 4, 2020* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated November 6, 2020                                        /s/ Lawrence W. Willis
                                                                                    Lawrence W. Willis, Esquire
                                                                                     PA I.D. # 85299
                                                                                      Willis & Associates
                                                                                      201 Penn Center Blvd
                                                                                      Pittsburgh, PA 15235
                                                                                      Tel: 412.235.1721
                                                                                      Fax: 412.542.1704

MATRIX

James & Sharon Doman
3207 Duquesne Avenue
West Mifflin, PA 15122

Ronda J. Winnecour, Esquire
Suite 3250,
USX Tower
600 Grant Street
Pittsburgh, PA 15219

ALLY FINANCIAL
P.O. BOX 380901
Minneapolis, MN 55438

Credit Collection Servic
PO Box 9134
Needham Heights, MA 02494

Credit Management Company
2121 Noblestown Rd
Pittsburgh, PA 15205

Enhanced Recovery Co
PO Box 57547
Jacksonville, FL 32241

IC Systems Collections
PO Box 64378
Saint Paul, MN 55164

Kohls/Chase
PO Box 3115
Milwaukee, WI 53201

Legal Tax Service Inc
714 Lebanon Rd
West Mifflin, PA 15122

PENNSYLVANIA ST EMP C U
PO BOX 67013
Harrisburg, PA 17106

PNC Bank
2730 Liberty Ave
Pittsburgh, PA 15265

Porfolio Recovery Assocaites
120 Corporate Boulevard Suite 100
Norfolk, VA 23502

Quicken Loans
1050 Woodward Avenue
Detroit, MI 48226

State Collection Service
2509 S Stoughton
Madison, WI 53716

THE HOME DEPOT/CBNA
PO BOX 6497
Sioux Falls, SD 57117

Verizon Wireless
500 Technology Dr
Weldon Spring, MO 63304

West Mifflin Borough
3000 Lebanon Church Road
West Mifflin, PA 15122