LOCAL BANKRUPTCY FORM NO. 24

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: James N. Doman and** | : | Chapter 13 |
| **Sharon A. Doman,** | : | |
| Movants | : | Bankruptcy No. 18-22823-GLT |
| _____ | : | |
| **Lawrence Willis, Esquire /** | : | |
| **Willis & Associates,** | : | Related to Docket No. 80 |
| Applicant | : | |
| | : | **Hearing Date and Time:** |
| vs. | : | **February 10, 2021 at 10:30 AM** |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Respondent | : | |

### SUMMARY COVER SHEET AND NOTICE OF ZOOM HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF LAWRENCE W WILLIS, ESQUIRE

To All Creditors and Parties in Interest:

1. Applicant represents **James N. Doman and Sharon A. Doman**.
2. This is (check one)
   _____    a final application
   ___X___    an interim application
   for the period July 1, 2018 to January 14, 2021
3. Previous retainer paid to Applicant: $1,000.00.
4. Previous interim compensation allowed to Applicant (including the retainer): $4,000.00.
5. Applicant requests additional:
   Compensation of $1,000.00.
   Reimbursement of Expenses of $ N/A .
6. A **video conference** hearing will be held on **February 10, 2021 at 10:30 AM**. before Judge Gregory L. Taddonio. All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published 2 on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judgetaddonios-video-conference-hearing-information) no later than 4 p.m. on the business day prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's Modified Procedures for Remote Participation (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-procappearances.pdf).
7. Any written objections must be filed with the Court and served on the Applicant on or before **February 1, 2021** (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

Date of Service: January 14, 2021                                Attorney for Movant/Applicant:

                                                                 /s/ Lawrence W Willis Esq
                                                                 Lawrence W Willis, Esquire

PA I.D. # 85299  
Willis & Associates  
201 Penn Center Blvd  
Pittsburgh, PA 15235  
Tel: 412.235.1721  
Fax: 412.542.1704Email: lawrencew@urfreshstrt.com  
Attorney for Debtors