**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: James N. Doman and | : | Chapter 13 |
| Sharon A. Doman, | : | |
| Movants | : | Bankruptcy No. 18-22823-GLT |
| | : | |
| Lawrence Willis, Esquire / | : | |
| Willis & Associates, | : | Related to Docket No. 100 |
| Applicant | : | |
| | : | Hearing Date and Time: |
| vs. | : | March 8, 2023 at 10:00 AM |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE AMENDED APPLICATION FOR COMPENSATION FILED AT DOCKET NO. 100

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Amended Application for Compensation filed on January 21, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 7, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>February 8, 2023</u>

By: <u>/s/ Lawrence Willis Esquire</u>
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors