**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JAMES N. DOMAN | Case No. 18-22823GLT |
| SHARON A. DOMAN | |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| COUNTY OF ALLEGHENY (RE TAX)* | |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> THE CREDITOR HAS FAILED TO CASH TRUSTEE'S DISBURSEMENTS, NOR PROVIDED A REASON FOR THEIR FAILURE TO CASH CHECKS. MAIL HAS NOT BEEN RETURNED AS UNDELIVERABLE.

| | |
|---|---|
| COUNTY OF ALLEGHENY (RE TAX)* | Court claim# 8/Trustee CID# 4 |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | |
| POB 200 | |
| BETHEL PARK, PA 15102 | |

The Movant further certifies that on 03/16/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
JAMES N. DOMAN, SHARON A. DOMAN,
3207 DUQUESNE AVE, WEST MIFFLIN, PA
15122

DEBTOR'S COUNSEL:
LAWRENCE W WILLIS ESQ, WILLIS &
ASSOCIATES, 201 PENN CENTER BLVD
STE 310, PITTSBURGH, PA  15235

ORIGINAL CREDITOR:
COUNTY OF ALLEGHENY (RE TAX)*, C/O
JORDAN TAX SVC-CUR/DLNQ CLCTR,
POB 200, BETHEL PARK, PA  15102

ORIGINAL CREDITOR'S COUNSEL:
JEFFREY R HUNT ESQ, GRB LAW, 525
WILLIAM PENN PLACE STE 3110,
PITTSBURGH, PA  15219

NEW CREDITOR: