**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/27/2023

IN RE:

JAMES N. DOMAN
SHARON A. DOMAN
3207 DUQUESNE AVE
WEST MIFFLIN,  PA  15122
XXX-XX-1552          Debtor(s)

XXX-XX-9444

Case No.18-22823 GLT

Chapter 13

---

**AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/27/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CHRISTOPHER M MCMONAGLE ESQ**<br>STERN & EISENBERG PC<br>1581 MAIN ST STE 200<br>THE SHOPS AT VALLEY SQUARE<br>WARRINGTON, PA 18976 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: QUICKEN LNS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 4   INT %: 12.00%<br>Court Claim Number: 8<br>CLAIM: 829.15<br>COMMENT: CL8GOV*181F369;11-13,15,17*1485.60@12%TTL/PL*WNTS 12%*W/33*DK!*NTC-RSV | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: F369 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 0.00<br>COMMENT: PMT/PL-CL*DK4LMT*1ST*LATE | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2464 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 6   INT %: 4.25%<br>Court Claim Number: 9<br>CLAIM: 6,072.59<br>COMMENT: $/CL-PL@4.25%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4992 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 7   INT %: 4.25%<br>Court Claim Number: 10<br>CLAIM: 9,492.87<br>COMMENT: SURR/PL*CEASE PMTS/OE*CL=$11,962.46*W/38 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2944 |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC**<br>635 WOODWARD AVE<br>DETROIT, MI 48226 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4LMT*BGN 8/18 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1917 |
| **WEST MIFFLIN ASD (W MIFFLIN) (RE)**<br>C/O LEGAL TAX SERVICE - DLNQ CLLCTR<br>714 LEBANON RD<br>WEST MIFFLIN, PA 15122 | Trustee Claim Number: 9   INT %: 10.00%<br>Court Claim Number: 12<br>CLAIM: 7,390.28<br>COMMENT: 181F369;08-15*CL12GOV*11406.72@9%/TTL/PL*STAT ISSUE*WNTS 10%*W/34 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: F369 |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **AMERICAN INFOSOURCE LP**<br>POB 248848<br><br>OKLAHOMA CITY, OK  73124-8848 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT COLLECTION SERVICES**<br>POB 9134<br><br>NEEDHAM, MA  02494 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9350 |
| **CREDIT MANAGEMENT COMPANY**<br>FOSTER PLAZA BUILDING 7<br>661 ANDERSEN DR STE 110<br><br>PITTSBURGH, PA  15220 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7019 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  169.99<br>COMMENT:  NO$~NO ACCT/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3751 |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br><br>JACKSONVILLE, FL  32256-7412 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0399 |
| **IC SYSTEM INC**<br>C/O A THOMAS POKELA ESQ<br>POB 2621<br><br>SIOUX FALLS, SD  57101-2621 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0951 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  670.40<br>COMMENT:  0417/SCH*KOHLS | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3511 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br><br>HARRISBURG, PA  17106-7013 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2227 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  705.40<br>COMMENT:  NO$~NO ACCT/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4248 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 41067<br><br>NORFOLK, VA  23541-1067 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3926 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2942 |
| **THD/CBSD**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0886 |
| **VERIZON WIRELESS**<br>500 TECHNOLOGY DR STE 550<br>ATTN ADMINISTRATION<br>WELDON SPRING, MO 63304 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7891 |
| **WELLS FARGO BANK NA**<br>MAC N9286-01Y<br>PO BOX 1629<br>MINNEAPOLIS, MN 55440-9790 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1245 |
| **WEST MIFFLIN BOROUGH (RE)**<br>C/O LEGAL TAX SERVICE* - DLNQ CLLCTR<br>714 LEBANON RD<br>WEST MIFFLIN, PA 15122 | Trustee Claim Number: 25  INT %: 10.00%<br>Court Claim Number: 11<br>CLAIM: 1,699.32<br>COMMENT: 181F369;10-14,16*CL11GOV*2918.75@9%TTL/PL*STAT ISSUE*WNTS 10%*W/26 | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: F369 |
| **WEST MIFFLIN BOROUGH (RE)**<br>C/O LEGAL TAX SERVICE* - DLNQ CLLCTR<br>714 LEBANON RD<br>WEST MIFFLIN, PA 15122 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,219.43<br>COMMENT: 181F369;10-14,16*CL11GOV*2918.75@9%TTL/PL*NON%*W/25 | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: F369 |
| **LEGAL TAX SERVICE INC***<br>714 LEBANON RD<br>WEST MIFFLIN, PA 15122 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC**<br>635 WOODWARD AVE<br>DETROIT, MI 48226 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 4,477.76<br>COMMENT: $/CL-PL*THRU 7/18 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1917 |
| **ASHLEY FUNDING SERVICES LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 9.74<br>COMMENT: NT/SCH*LAB CORP | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3800 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 2,735.60<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9444 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  571.32<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9444 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  0.00<br>COMMENT:  2580.59/PL*CL=0*LATE | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  2464 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  656.45<br>COMMENT:  CL8GOV*181F369;11-13,15,17*NON%*1485.60@12%TTL/PL*W/4*NTC-RSV | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  F369 |
| **WEST MIFFLIN ASD (W MIFFLIN) (RE)**<br>C/O LEGAL TAX SERVICE - DLNQ CLLCTR<br>714 LEBANON RD<br>WEST MIFFLIN, PA  15122 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:12<br>CLAIM:  4,016.44<br>COMMENT:  181F369;08-15*CL12GOV*NON%*11406.72@9%TTL/PL*STAT ISSUE*W/9 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  F369 |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br>PITTSBURGH, PA  15219 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  310.00<br>COMMENT:  $OE*DK | CRED DESC:  FILING FEES<br>ACCOUNT NO.:  18-22823-GLT |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PNC/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI  48034-8339 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PMT/PL*DK4LMT*BGN 11/22 | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  2022 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  1.00<br>COMMENT:  NO GEN UNS/SCH*W/7 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2944 |