**IN THE UNITED STATES BANKRUPTCY COURT**
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case Number  18-22823-GLT |
| | : | |
| James N. Doman and | : | Chapter 13 |
| Sharon A. Doman, | : | |
| Debtors | : | |
| | : | |
| James N. Doman and | : | |
| Sharon A. Doman, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| Ronda J. Winnecour, | : | |
| Ch. 13 Trustee | : | |
| Respondent | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On July 30, 2023 at docket number 116 and 117, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: July 30, 2023        By:    /s/ Lawrence Willis
                                    Lawrence W Willis, Esquire
                                    PA I.D. # 85299
                                    Willis & Associates
                                    201 Penn Center Blvd
                                    Pittsburgh, PA 15235
                                    Tel: 412.235.1721
                                    Fax: 412.542.1704
                                    Email: lawrencew@urfreshstrt.com
                                    Attorney for Debtors

**PAWB Local Form 24 (07/13)**