Certificate Number: 05781-PAW-DE-037632242

Bankruptcy Case Number: 18-22823



05781-PAW-DE-037632242

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 29, 2023, at 2:09 o'clock PM PDT, Sharon Doman completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   July 29, 2023

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President