Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **James N. Doman** | : | Case No. 18−22823−GLT |
| **Sharon A. Doman** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 126 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 1/24/24 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this *The 26th of October, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 126 by the Chapter 13 Trustee,

   It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

   (1)   **On or before December 11, 2023**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2)   This Motion is scheduled for hearing on **January 24, 2024 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

   (3)   If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

   (4)   Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22823-GLT |
| James N. Doman | Chapter 13 |
| Sharon A. Doman | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 26, 2023 | Form ID: 604 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James N. Doman, Sharon A. Doman, 3207 Duquesne Ave, West Mifflin, PA 15122-1466 |
| cr | + | Quicken Loans Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14880972 | + | Legal Tax Service Inc, 714 Lebanon Rd, West Mifflin, PA 15122-1030 |
| 14893364 | + | People Gas Bankruptcy Department, 375 North Shore Drive, Ste. 600, Attn: Dawn Lindner, Pittsburgh, PA 15212-5866 |
| 14946243 | + | West Mifflin Area School District, c/o Legal Tax Service, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 14880980 | + | West Mifflin Borough, 3000 Lebanon Church Road, West Mifflin, PA 15122-2603 |
| 14893374 | + | West Mifflin School District, c/o Keystone Collection Group, PO Box 3370, Mc Keesport, PA 15134-3370 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 27 2023 00:20:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Oct 27 2023 00:22:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 27 2023 00:20:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14880966 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 27 2023 00:19:00 | ALLY FINANCIAL, P.O. BOX 380901, Minneapolis, MN 55438-0901 |
| 14893354 | | Email/PDF: ebn_ais@aisinfo.com | Oct 27 2023 00:28:05 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 14904979 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2023 00:28:20 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14913756 | | Email/PDF: bncnotices@becket-lee.com | Oct 27 2023 00:28:20 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14893355 | + | Email/Text: ebnjts@grblaw.com | Oct 27 2023 00:20:00 | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14916330 | + | Email/Text: ebnjts@grblaw.com | Oct 27 2023 00:20:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14880967 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 27 2023 00:22:00 | Credit Collection Servic, PO Box 9134, Needham |

Case 18-22823-GLT   Doc 129   Filed 10/28/23   Entered 10/29/23 00:26:39   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 26, 2023 | Form ID: 604 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Heights, MA 02494-9134 |
| 14880968 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 27 2023 00:21:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14893358 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 27 2023 00:22:00 | Duquesne Light Company, c/o Keri Ebeck, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 14880969 | + | Email/Text: bknotice@ercbpo.com | Oct 27 2023 00:21:00 | Enhanced Recovery Co, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14880970 | + | Email/Text: Bankruptcy@ICSystem.com | Oct 27 2023 00:20:00 | IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14880971 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 27 2023 00:19:00 | Kohls/Chase, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14880973 | + | Email/Text: bankruptcynotices@psecu.com | Oct 27 2023 00:22:00 | PENNSYLVANIA ST EMP C U, PO BOX 67013, Harrisburg, PA 17106-7013 |
| 14880974 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2023 00:19:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15265 |
| 14916653 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2023 00:19:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15176719 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2023 00:19:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 14893367 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2023 00:28:06 | Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 14905930 | + | Email/Text: ebnpeoples@grblaw.com | Oct 27 2023 00:20:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14880975 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2023 00:28:00 | Porfolio Recovery Assocaites, 120 Corporate Boulevard Suite 100, Norfolk, VA 23502-4952 |
| 14880976 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 27 2023 00:21:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14903521 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 27 2023 00:21:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14880977 | | Email/Text: amieg@stcol.com | Oct 27 2023 00:19:00 | State Collection Service, 2509 S Stoughton, Madison, WI 53716 |
| 14880978 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2023 00:28:16 | THE HOME DEPOT/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 14910533 | | Email/Text: BNCnotices@dcmservices.com | Oct 27 2023 00:20:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14910532 | | Email/Text: BNCnotices@dcmservices.com | Oct 27 2023 00:20:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14880979 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 27 2023 00:19:00 | Verizon Wireless, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14893372 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 27 2023 00:28:06 | Wells Fargo Bank, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 14893353 | *+ | ALLY FINANCIAL, P.O. BOX 380901, Minneapolis, MN 55438-0901 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 26, 2023 | Form ID: 604 | Total Noticed: 38 |

| | | |
|---|---|---|
| 14893356 | *+ | Credit Collection Servic, PO Box 9134, Needham Heights, MA 02494-9134 |
| 14893357 | *+ | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14893359 | *+ | Enhanced Recovery Co, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14893360 | *+ | IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14893361 | *+ | Kohls/Chase, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14893362 | *+ | Legal Tax Service Inc, 714 Lebanon Rd, West Mifflin, PA 15122-1030 |
| 14893363 | *+ | PENNSYLVANIA ST EMP C U, PO BOX 67013, Harrisburg, PA 17106-7013 |
| 14893365 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15265 |
| 14893366 | *+ | Porfolio Recovery Assocaites, 120 Corporate Boulevard Suite 100, Norfolk, VA 23502-4952 |
| 14893368 | *+ | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14893369 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, 2509 S Stoughton, Madison, WI 53716 |
| 14893370 | *+ | THE HOME DEPOT/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 14893371 | *+ | Verizon Wireless, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14893373 | *+ | West Mifflin Borough, 3000 Lebanon Church Road, West Mifflin, PA 15122-2603 |

TOTAL: 1 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor Quicken Loans Inc. christopher.mcmonagle@bbs-law.com bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Quicken Loans Inc. djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lawrence W. Willis | on behalf of Joint Debtor Sharon A. Doman ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Debtor James N. Doman ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Oct 26, 2023 | Form ID: 604 | Total Noticed: 38

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Steven P Kelly
    on behalf of Creditor Quicken Loans Inc. skelly@sterneisenberg.com bkecf@sterneisenberg.com

TOTAL: 12