**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JAMES N. DOMAN | Case No.:18-22823 |
| SHARON A. DOMAN | |
| Debtor(s) | Chapter 13 |
| | |
| Ronda J. Winnecour | Document No.: |
| Chapter 13 Trustee, | |
| Movant | |
| vs. | |
| No Respondents. | |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 07/13/2018  and confirmed on 9/19/18 .  The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 113,099.00 |
| Less Refunds to Debtor | 293.04 | |
| TOTAL AMOUNT OF PLAN FUND | | 112,805.96 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 7,000.00 | |
|   Trustee Fee | 5,218.53 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,218.53 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 18,662.62 | 0.00 | 18,662.62 |
|   Acct: 2464 | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 35,449.49 | 0.00 | 35,449.49 |
|   Acct: 1917 | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAN | 4,477.76 | 4,477.76 | 0.00 | 4,477.76 |
|   Acct: 1917 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2464 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 794.40 | 794.40 | 297.95 | 1,092.35 |
|   Acct: F369 | | | | |
| WEST MIFFLIN ASD (W MIFFLIN) (RE) | 7,390.28 | 7,390.28 | 2,190.12 | 9,580.40 |
|   Acct: F369 | | | | |
| WEST MIFFLIN BOROUGH (RE) | 1,699.32 | 1,699.32 | 433.24 | 2,132.56 |
|   Acct: F369 | | | | |
| WEST MIFFLIN BOROUGH (RE) | 1,219.43 | 1,219.43 | 0.00 | 1,219.43 |
|   Acct: F369 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 637.17 | 637.17 | 0.00 | 637.17 |
|   Acct: F369 | | | | |
| WEST MIFFLIN ASD (W MIFFLIN) (RE) | 4,016.44 | 4,016.44 | 0.00 | 4,016.44 |
|   Acct: F369 | | | | |
| PNC BANK NA | 6,072.59 | 6,072.59 | 754.83 | 6,827.42 |
|   Acct: 4992 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 9,492.87 | 9,492.87 | 1,482.06 | 10,974.93 |
|   Acct: 2944 | | | | |
| | | | | 95,070.57 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JAMES N. DOMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JAMES N. DOMAN | 293.04 | 293.04 | 0.00 | 0.00 |
|   Acct: | | | | |
| WILLIS & ASSOCIATES | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXX4-21 | | | | |

18-22823

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIS & ASSOCIATES | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX1-23 | | | | |
| CREDIT ACCEPTANCE CORP* | 0.00 | 4,461.10 | 0.00 | 4,461.10 |
| Acct: 2022 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 19.28 | 19.28 | 0.00 | 19.28 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXTAX) | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 37.20 | 37.20 | 0.00 | 37.20 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXTAX) | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX-GLT | | | | |
| | | | | 4,827.58 |
| **Unsecured** | | | | |
| AMERICAN INFOSOURCE LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9350 | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7019 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 169.99 | 24.09 | 0.00 | 24.09 |
| Acct: 3751 | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0399 | | | | |
| IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0951 | | | | |
| CAPITAL ONE NA** | 670.40 | 95.02 | 0.00 | 95.02 |
| Acct: 3511 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2227 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 705.40 | 99.98 | 0.00 | 99.98 |
| Acct: 4248 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3926 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2942 | | | | |
| THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0886 | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7891 | | | | |
| WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1245 | | | | |
| ASHLEY FUNDING SERVICES LLC - ASSIG | 9.74 | 1.38 | 0.00 | 1.38 |
| Acct: 3800 | | | | |
| UPMC HEALTH SERVICES | 2,735.60 | 387.70 | 0.00 | 387.70 |
| Acct: 9444 | | | | |
| UPMC PHYSICIAN SERVICES | 571.32 | 80.97 | 0.00 | 80.97 |
| Acct: 9444 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1.00 | 0.14 | 0.00 | 0.14 |
| Acct: 2944 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHRISTOPHER M MCMONAGLE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |

18-22823                                                                                    Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LEGAL TAX SERVICE INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 689.28 |

TOTAL PAID TO CREDITORS                                                      100,587.43

TOTAL CLAIMED
PRIORITY              366.48
SECURED            35,800.26
UNSECURED          4,863.45


Date: 10/25/2023                              /s/ Ronda J. Winnecour

                                              RONDA J WINNECOUR PA ID #30399
                                              CHAPTER 13 TRUSTEE WD PA
                                              600 GRANT STREET
                                              SUITE 3250 US STEEL TWR
                                              PITTSBURGH, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    JAMES N. DOMAN<br>    SHARON A. DOMAN<br>            Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>        vs.<br>    No Repondents. | Case No.:18-22823<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

 AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2).  The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3).  To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4).  Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5).  Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6).  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                              BY THE COURT:

                              _____
                              U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22823-GLT |
| James N. Doman | Chapter 13 |
| Sharon A. Doman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 26, 2023 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James N. Doman, Sharon A. Doman, 3207 Duquesne Ave, West Mifflin, PA 15122-1466 |
| cr | + | Quicken Loans Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14880972 | + | Legal Tax Service Inc, 714 Lebanon Rd, West Mifflin, PA 15122-1030 |
| 14893364 | + | People Gas Bankruptcy Department, 375 North Shore Drive, Ste. 600, Attn: Dawn Lindner, Pittsburgh, PA 15212-5866 |
| 14946243 | + | West Mifflin Area School District, c/o Legal Tax Service, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 14880980 | + | West Mifflin Borough, 3000 Lebanon Church Road, West Mifflin, PA 15122-2603 |
| 14893374 | + | West Mifflin School District, c/o Keystone Collection Group, PO Box 3370, Mc Keesport, PA 15134-3370 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 27 2023 00:20:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Oct 27 2023 00:22:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 27 2023 00:20:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14880966 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 27 2023 00:19:00 | ALLY FINANCIAL, P.O. BOX 380901, Minneapolis, MN 55438-0901 |
| 14893354 | | Email/PDF: ebn_ais@aisinfo.com | Oct 27 2023 00:43:54 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 14904979 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2023 01:24:12 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14913756 | | Email/PDF: bncnotices@becket-lee.com | Oct 27 2023 00:28:39 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14893355 | + | Email/Text: ebnjts@grblaw.com | Oct 27 2023 00:20:00 | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14916330 | + | Email/Text: ebnjts@grblaw.com | Oct 27 2023 00:20:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14880967 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 27 2023 00:22:00 | Credit Collection Servic, PO Box 9134, Needham |

District/off: 0315-2 | User: auto | Page 2 of 4
Date Rcvd: Oct 26, 2023 | Form ID: pdf900 | Total Noticed: 38

| | | | | |
|---|---|---|---|---|
| | | | | Heights, MA 02494-9134 |
| 14880968 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 27 2023 00:21:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14893358 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 27 2023 00:22:00 | Duquesne Light Company, c/o Keri Ebeck, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 14880969 | + | Email/Text: bknotice@ercbpo.com | Oct 27 2023 00:21:00 | Enhanced Recovery Co, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14880970 | + | Email/Text: Bankruptcy@ICSystem.com | Oct 27 2023 00:20:00 | IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14880971 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 27 2023 00:19:00 | Kohls/Chase, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14880973 | + | Email/Text: bankruptcynotices@psecu.com | Oct 27 2023 00:22:00 | PENNSYLVANIA ST EMP C U, PO BOX 67013, Harrisburg, PA 17106-7013 |
| 14880974 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2023 00:19:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15265 |
| 14916653 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2023 00:19:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15176719 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2023 00:19:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 14893367 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2023 00:28:41 | Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 14905930 | + | Email/Text: ebnpeoples@grblaw.com | Oct 27 2023 00:20:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14880975 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2023 00:28:22 | Porfolio Recovery Assocaites, 120 Corporate Boulevard Suite 100, Norfolk, VA 23502-4952 |
| 14880976 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 27 2023 00:21:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14903521 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 27 2023 00:21:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14880977 | | Email/Text: amieg@stcol.com | Oct 27 2023 00:19:00 | State Collection Service, 2509 S Stoughton, Madison, WI 53716 |
| 14880978 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2023 00:28:17 | THE HOME DEPOT/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 14910533 | | Email/Text: BNCnotices@dcmservices.com | Oct 27 2023 00:20:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14910532 | | Email/Text: BNCnotices@dcmservices.com | Oct 27 2023 00:20:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14880979 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 27 2023 00:19:00 | Verizon Wireless, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14893372 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 27 2023 00:28:22 | Wells Fargo Bank, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 14893353 | *+ | ALLY FINANCIAL, P.O. BOX 380901, Minneapolis, MN 55438-0901 |

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Oct 26, 2023 | Form ID: pdf900 | Total Noticed: 38

| | | |
|---|---|---|
| 14893356 | *+ | Credit Collection Servic, PO Box 9134, Needham Heights, MA 02494-9134 |
| 14893357 | *+ | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14893359 | *+ | Enhanced Recovery Co, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14893360 | *+ | IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14893361 | *+ | Kohls/Chase, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14893362 | *+ | Legal Tax Service Inc, 714 Lebanon Rd, West Mifflin, PA 15122-1030 |
| 14893363 | *+ | PENNSYLVANIA ST EMP C U, PO BOX 67013, Harrisburg, PA 17106-7013 |
| 14893365 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15265 |
| 14893366 | *+ | Porfolio Recovery Assocaites, 120 Corporate Boulevard Suite 100, Norfolk, VA 23502-4952 |
| 14893368 | *+ | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14893369 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, 2509 S Stoughton, Madison, WI 53716 |
| 14893370 | *+ | THE HOME DEPOT/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 14893371 | *+ | Verizon Wireless, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14893373 | *+ | West Mifflin Borough, 3000 Lebanon Church Road, West Mifflin, PA 15122-2603 |

TOTAL: 1 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:

**Name**          **Email Address**

Brian Nicholas
          on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Christopher M. McMonagle
          on behalf of Creditor Quicken Loans Inc. christopher.mcmonagle@bbs-law.com   bkecf@sterneisenberg.com

Daniel Philip Jones
          on behalf of Creditor Quicken Loans Inc. djones@sterneisenberg.com   bkecf@sterneisenberg.com

Daniel Philip Jones
          on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com

Jeffrey R. Hunt
          on behalf of Creditor County of Allegheny jhunt@grblaw.com

Keri P. Ebeck
          on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
          btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lawrence W. Willis
          on behalf of Joint Debtor Sharon A. Doman ecf@westernpabankruptcy.com
          urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
          on behalf of Debtor James N. Doman ecf@westernpabankruptcy.com   urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
          ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2                          User: auto                                    Page 4 of 4
Date Rcvd: Oct 26, 2023                       Form ID: pdf900                          Total Noticed: 38

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

S. James Wallace

                        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Steven P Kelly

                        on behalf of Creditor Quicken Loans Inc. skelly@sterneisenberg.com  bkecf@sterneisenberg.com


TOTAL: 12