| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | James N. Doman | Social Security number or ITIN  xxx–xx–1552 |
| | First Name  Middle Name  Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | Sharon A. Doman | Social Security number or ITIN  xxx–xx–9444 |
| | First Name  Middle Name  Last Name | EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–22823–GLT | |

# Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  James N. Doman                              Sharon A. Doman

  _1/12/24_                                       **By the court:** <u>Gregory L Taddonio</u>
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22823-GLT |
| James N. Doman | Chapter 13 |
| Sharon A. Doman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 12, 2024 | Form ID: 3180W | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James N. Doman, Sharon A. Doman, 3207 Duquesne Ave, West Mifflin, PA 15122-1466 |
| cr | + | Quicken Loans Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14880972 | + | Legal Tax Service Inc, 714 Lebanon Rd, West Mifflin, PA 15122-1030 |
| 14893364 | + | People Gas Bankruptcy Department, 375 North Shore Drive, Ste. 600, Attn: Dawn Lindner, Pittsburgh, PA 15212-5866 |
| 14946243 | + | West Mifflin Area School District, c/o Legal Tax Service, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 14880980 | + | West Mifflin Borough, 3000 Lebanon Church Road, West Mifflin, PA 15122-2603 |
| 14893374 | + | West Mifflin School District, c/o Keystone Collection Group, PO Box 3370, Mc Keesport, PA 15134-3370 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 13 2024 04:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2024 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 13 2024 04:47:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2024 00:00:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 12 2024 23:59:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jan 13 2024 00:01:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 12 2024 23:59:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14880966 | + | EDI: GMACFS.COM | Jan 13 2024 04:47:00 | ALLY FINANCIAL, P.O. BOX 380901, Minneapolis, MN 55438-0901 |
| 14893354 | | EDI: AIS.COM | Jan 13 2024 04:47:00 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 14904979 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 12 2024 23:58:47 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14913756 | | Email/PDF: bncnotices@becket-lee.com | Jan 13 2024 00:10:41 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14893355 | + | Email/Text: ebnjts@grblaw.com | Jan 12 2024 23:59:00 | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14916330 | + | Email/Text: ebnjts@grblaw.com | Jan 12 2024 23:59:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14880967 | + | EDI: CCS.COM | Jan 13 2024 04:47:00 | Credit Collection Servic, PO Box 9134, Needham Heights, MA 02494-9134 |
| 14880968 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 13 2024 00:00:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14893358 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 13 2024 00:01:00 | Duquesne Light Company, c/o Keri Ebeck, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 14880969 | + | Email/Text: bknotice@ercbpo.com | Jan 13 2024 00:00:00 | Enhanced Recovery Co, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14880970 | + | EDI: LCIICSYSTEM | Jan 13 2024 04:47:00 | IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14880971 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 12 2024 23:59:00 | Kohls/Chase, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14880973 | + | Email/Text: bankruptcynotices@psecu.com | Jan 13 2024 00:01:00 | PENNSYLVANIA ST EMP C U, PO BOX 67013, Harrisburg, PA 17106-7013 |
| 14880974 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 12 2024 23:59:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15265 |
| 14916653 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 12 2024 23:59:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15176719 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 12 2024 23:59:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 14893367 | | EDI: PRA.COM | Jan 13 2024 04:47:00 | Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 14905930 | + | Email/Text: ebnpeoples@grblaw.com | Jan 12 2024 23:59:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14880975 | + | EDI: PRA.COM | Jan 13 2024 04:47:00 | Porfolio Recovery Assocaites, 120 Corporate Boulevard Suite 100, Norfolk, VA 23502-4952 |
| 14880976 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 13 2024 00:00:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14903521 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 13 2024 00:00:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14880977 | | Email/Text: amieg@stcol.com | Jan 12 2024 23:59:00 | State Collection Service, 2509 S Stoughton, Madison, WI 53716 |
| 14880978 | + | EDI: CITICORP | Jan 13 2024 04:47:00 | THE HOME DEPOT/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 14910533 | | Email/Text: BNCnotices@dcmservices.com | Jan 12 2024 23:59:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14910532 | | Email/Text: BNCnotices@dcmservices.com | Jan 12 2024 23:59:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14880979 | + | EDI: VERIZONCOMB.COM | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2024 | Form ID: 3180W | Total Noticed: 40 |

| | | Jan 13 2024 04:47:00 | Verizon Wireless, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
|---|---|---|---|
| 14893372 | + EDI: WFFC2 | | |
| | | Jan 13 2024 04:47:00 | Wells Fargo Bank, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 14893353 | *+ | ALLY FINANCIAL, P.O. BOX 380901, Minneapolis, MN 55438-0901 |
| 14893356 | *+ | Credit Collection Servic, PO Box 9134, Needham Heights, MA 02494-9134 |
| 14893357 | *+ | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14893359 | *+ | Enhanced Recovery Co, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14893360 | *+ | IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14893361 | *+ | Kohls/Chase, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14893362 | *+ | Legal Tax Service Inc, 714 Lebanon Rd, West Mifflin, PA 15122-1030 |
| 14893363 | *+ | PENNSYLVANIA ST EMP C U, PO BOX 67013, Harrisburg, PA 17106-7013 |
| 14893365 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15265 |
| 14893366 | *+ | Porfolio Recovery Assocaites, 120 Corporate Boulevard Suite 100, Norfolk, VA 23502-4952 |
| 14893368 | *+ | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14893369 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, 2509 S Stoughton, Madison, WI 53716 |
| 14893370 | *+ | THE HOME DEPOT/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 14893371 | *+ | Verizon Wireless, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14893373 | *+ | West Mifflin Borough, 3000 Lebanon Church Road, West Mifflin, PA 15122-2603 |

TOTAL: 1 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | |
| | on behalf of Creditor Quicken Loans Inc. christopher.mcmonagle@bbs-law.com  bkecf@sterneisenberg.com |
| Daniel Philip Jones | |
| | on behalf of Creditor Quicken Loans Inc. djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Daniel Philip Jones | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. djones@sterneisenberg.com, |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2024 | Form ID: 3180W | Total Noticed: 40 |

    bkecf@sterneisenberg.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lawrence W. Willis
    on behalf of Joint Debtor Sharon A. Doman ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
    on behalf of Debtor James N. Doman ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Steven P Kelly
    on behalf of Creditor Quicken Loans Inc. skelly@sterneisenberg.com bkecf@sterneisenberg.com

TOTAL: 12