IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/12/24 3:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JAMES N. DOMAN
SHARON A. DOMAN
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-22823

Chapter 13

Related to Dkt. No. 126

ORDER OF COURT

AND NOW, this 12th day of January 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

GREGORY L. TADDONIO    jah
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22823-GLT |
| James N. Doman | Chapter 13 |
| Sharon A. Doman | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 12, 2024 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James N. Doman, Sharon A. Doman, 3207 Duquesne Ave, West Mifflin, PA 15122-1466 |
| cr | + | Quicken Loans Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14880972 | + | Legal Tax Service Inc, 714 Lebanon Rd, West Mifflin, PA 15122-1030 |
| 14893364 | + | People Gas Bankruptcy Department, 375 North Shore Drive, Ste. 600, Attn: Dawn Lindner, Pittsburgh, PA 15212-5866 |
| 14946243 | + | West Mifflin Area School District, c/o Legal Tax Service, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 14880980 | + | West Mifflin Borough, 3000 Lebanon Church Road, West Mifflin, PA 15122-2603 |
| 14893374 | + | West Mifflin School District, c/o Keystone Collection Group, PO Box 3370, Mc Keesport, PA 15134-3370 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 12 2024 23:59:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jan 13 2024 00:01:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 12 2024 23:59:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14880966 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 12 2024 23:59:00 | ALLY FINANCIAL, P.O. BOX 380901, Minneapolis, MN 55438-0901 |
| 14893354 | | Email/PDF: ebn_ais@aisinfo.com | Jan 13 2024 00:09:49 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 14904979 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2024 23:58:41 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14913756 | | Email/PDF: bncnotices@becket-lee.com | Jan 13 2024 00:10:11 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14893355 | + | Email/Text: ebnjts@grblaw.com | Jan 12 2024 23:59:00 | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14916330 | + | Email/Text: ebnjts@grblaw.com | Jan 12 2024 23:59:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14880967 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 13 2024 06:16:00 | Credit Collection Servic, PO Box 9134, Needham |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2024 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | Heights, MA 02494-9134 |
| 14880968 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 13 2024 00:00:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14893358 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 13 2024 00:01:00 | Duquesne Light Company, c/o Keri Ebeck, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 14880969 | + | Email/Text: bknotice@ercbpo.com | Jan 13 2024 00:00:00 | Enhanced Recovery Co, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14880970 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 12 2024 23:59:00 | IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14880971 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 12 2024 23:59:00 | Kohls/Chase, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14880973 | + | Email/Text: bankruptcynotices@psecu.com | Jan 13 2024 00:01:00 | PENNSYLVANIA ST EMP C U, PO BOX 67013, Harrisburg, PA 17106-7013 |
| 14880974 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 12 2024 23:59:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15265 |
| 14916653 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 12 2024 23:59:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15176719 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 12 2024 23:59:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 14893367 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2024 23:58:47 | Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 14905930 | + | Email/Text: ebnpeoples@grblaw.com | Jan 12 2024 23:59:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14880975 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2024 00:21:53 | Porfolio Recovery Assocaites, 120 Corporate Boulevard Suite 100, Norfolk, VA 23502-4952 |
| 14880976 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 13 2024 00:00:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14903521 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 13 2024 00:00:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14880977 | | Email/Text: amieg@stcol.com | Jan 12 2024 23:59:00 | State Collection Service, 2509 S Stoughton, Madison, WI 53716 |
| 14880978 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2024 23:58:08 | THE HOME DEPOT/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 14910533 | | Email/Text: BNCnotices@dcmservices.com | Jan 12 2024 23:59:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14910532 | | Email/Text: BNCnotices@dcmservices.com | Jan 13 2024 00:00:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14880979 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 12 2024 23:59:00 | Verizon Wireless, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14893372 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 13 2024 00:10:55 | Wells Fargo Bank, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 14893353 | *+ | ALLY FINANCIAL, P.O. BOX 380901, Minneapolis, MN 55438-0901 |

Case 18-22823-GLT    Doc 134    Filed 01/14/24    Entered 01/15/24 00:25:48    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2024 | Form ID: pdf900 | Total Noticed: 38 |

| | | |
|---|---|---|
| 14893356 | *+ | Credit Collection Servic, PO Box 9134, Needham Heights, MA 02494-9134 |
| 14893357 | *+ | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14893359 | *+ | Enhanced Recovery Co, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14893360 | *+ | IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14893361 | *+ | Kohls/Chase, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14893362 | *+ | Legal Tax Service Inc, 714 Lebanon Rd, West Mifflin, PA 15122-1030 |
| 14893363 | *+ | PENNSYLVANIA ST EMP C U, PO BOX 67013, Harrisburg, PA 17106-7013 |
| 14893365 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15265 |
| 14893366 | *+ | Porfolio Recovery Assocaites, 120 Corporate Boulevard Suite 100, Norfolk, VA 23502-4952 |
| 14893368 | *+ | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14893369 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, 2509 S Stoughton, Madison, WI 53716 |
| 14893370 | *+ | THE HOME DEPOT/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 14893371 | *+ | Verizon Wireless, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14893373 | *+ | West Mifflin Borough, 3000 Lebanon Church Road, West Mifflin, PA 15122-2603 |

TOTAL: 1 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024                     Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:

**Name**          **Email Address**

Brian Nicholas
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Christopher M. McMonagle
    on behalf of Creditor Quicken Loans Inc. christopher.mcmonagle@bbs-law.com  bkecf@sterneisenberg.com

Daniel Philip Jones
    on behalf of Creditor Quicken Loans Inc. djones@sterneisenberg.com  bkecf@sterneisenberg.com

Daniel Philip Jones
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lawrence W. Willis
    on behalf of Joint Debtor Sharon A. Doman ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
    on behalf of Debtor James N. Doman ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jan 12, 2024 | Form ID: pdf900 | Total Noticed: 38

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Steven P Kelly
   on behalf of Creditor Quicken Loans Inc. skelly@sterneisenberg.com  bkecf@sterneisenberg.com

TOTAL: 12